

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Dontrey Ray Walker, Appellant

No. 06-22-00167-CR     v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 52408-A). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. However, we do find error in the bill of costs. Therefore, we delete the assessment of $5,227.50 for court-appointed attorney fees from the bill of costs and affirm the trial court's judgment.

We note that the appellant, Dontrey Ray Walker, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 20, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk